# Exhibit C

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Xspire Pharma, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Florida |
| Case number | 23-04254 |

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Cardinal Health, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Erin Gapinski, Sr. Counsel, Cardinal Health
Name

7000 Cardinal Place
Number    Street

Dublin          OH       43017
City            State    ZIP Code

Contact phone  614-757-9964

Contact email  erin.gapinski@cardinalhealth.com

Where should payments to the creditor be sent? (if different)

Name _____

Number    Street _____

City    State    ZIP Code _____

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on __ __ / __ __ / __ __ __ __
         MM  /  DD  /  YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410            Proof of Claim            page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**
   ☒ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. **How much is the claim?** $ 60,689.22 . **Does this amount include interest or other charges?**
   ☒ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.
   Credits arising from third-party returns, Cardinal Health returns, CVS returns, and distribution fees. See attached Addendum.

9. **Is all or part of the claim secured?**
   ☐ No
   ☒ Yes. The claim is secured by a lien on property.
   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☒ Other. Describe: Credit Balance

   **Basis for perfection:** Right to Setoff
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $ 60,689.22
   **Amount of the claim that is secured:** $ 60,689.22
   **Amount of the claim that is unsecured:** $ 0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $ _____

   **Annual Interest Rate** (when case was filed) _____ %
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☒ No
    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

11. **Is this claim subject to a right of setoff?**
    ☐ No
    ☒ Yes. Identify the property: Credit Balance

Official Form 410      **Proof of Claim**      page 2

| | |
|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No <br> ☐ Yes. Check one: **Amount entitled to priority** <br><br> ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____ <br><br> ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $_____ <br><br> ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $_____ <br><br> ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $_____ <br><br> ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____ <br><br> ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.  $_____ <br><br> * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/05/2023
                  MM / DD / YYYY

Signature: /s/ Terri Jane Freedman

**Print the name of the person who is completing and signing this claim:**

Name: Terri  Jane  Freedman
      First name  Middle name  Last name

Title: Counsel for Cardinal Health, Inc.

Company: Chiesa Shahinian & Giantomasi PC
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 105 Eisenhower Parkway
         Number  Street
         Roseland    NJ    07068
         City        State  ZIP Code

Contact phone: 973-530-2152    Email: tfreedman@csglaw.com

# XSPIRE PHARMA, LLC

## Case No. 23-04254

### Addendum to Proof of Claim filed by Cardinal Health, Inc.

     Cardinal Health, Inc., as well as other direct and indirect subsidiaries of Cardinal Health, Inc. (together, "Cardinal Health"), are parties to, among other agreements, certain supplier and related agreements (together, the "Agreements") pursuant to which Cardinal Health purchases certain pharmaceutical products from Xspire Pharma, LLC (the "Debtor"). Copies of the Agreements may be available upon request, but Cardinal Health reserves the right to redact any information it deems necessary.

     The Debtors' purchasing account contains credits due to Cardinal Health arising from 3rd party returns, Cardinal Health returns, CVS returns and distribution fees totaling $60,689.22 (the "Credit Balance"). See attached summary of the Credit Balance attached. Cardinal Health hereby files a secured claim to the extent of the Credit Balance pursuant to its right of set-off. Cardinal Health will seek to reduce any pre-petition balance owed to the Debtor by the Credit Balance provided the Court approves the same, or as otherwise agreed to between the parties.

     Invoices supporting this proof of claim are not attached hereto due to their voluminous nature but are available upon request from Erin Gapinski at (614) 757-9964 or erin.gapinski@cardinalhealth.com.

     Cardinal Health expressly reserves the right to amend this proof of claim and this addendum as may be necessary to adjust the amount claimed herein or to supplement this proof of claim in any way, including, but not limited to, its right to claim post-petition interest, attorneys' fees, and costs as may be allowed under 11 U.S.C. §§ 502 and 506, and/or to file a request for payment of administrative expenses relating to this matter.

**Credit Balance as of Petition Date (September 26, 2023)**

| Invoice Type | Sum of Net Amount |
|---|---|
| 3rd Party Returns | 10,563.90 |
| Chargebacks | 1,055.25 |
| CVS Returns | (6,367.77) |
| Distribution Fees | 49,070.07 |
| Invoice | (339,804.91) |
| **Grand Total** | **(285,483.46)** |