# Exhibit D

## INVOICES

92,781.14

| Customer | Customer Name | Doc. Type | Ref. Nbr. | Customer Ref. | Doc. Date | Due Date | Terms | Balance |
|---|---|---|---|---|---|---|---|---|
| 20 CAR | Cardinal Health Corporate | Invoice | 010056 | C56205302NLC | 09-11-23 | 12-11-23 | 230NET31 | 11,059.92 |
| 20 CAR | Cardinal Health Corporate | Invoice | 010356 | C56326229NLC | 09-15-23 | 12-15-23 | 230NET31 | 22,119.84 |
| 20 CAR | Cardinal Health Corporate | Invoice | 010641 | C56556224NLC | 09-29-23 | 12-29-23 | 230NET31 | 1,229.08 |
| 20 CAR | Cardinal Health Corporate | Invoice | 010857 | C56805446NLC | 10-13-23 | 01-12-24 | 230NET31 | 11,059.92 |
| 20 CAR | Cardinal Health Corporate | Invoice | 011045 | C56922555NLC | 10-20-23 | 01-19-24 | 230NET31 | 11,674.46 |
| 20 CAR | Cardinal Health Corporate | Invoice | 011134 | C57040053NLC | 10-30-23 | 01-29-24 | 230NET31 | 11,059.92 |
| 20 CAR | Cardinal Health Corporate | Invoice | 011218 | C57160020NLC | 11-03-23 | 02-02-24 | 230NET31 | 11,059.92 |
| 20 CAR | Cardinal Health Corporate | Invoice | 011427 | C57407223NLC | 11-17-23 | 02-16-24 | 230NET31 | 1,229.08 |
| 20 CAR | Cardinal Health Corporate | Invoice | 011664 | C57745507NLC | 12-11-23 | 03-11-24 | 230NET31 | 11,059.92 |
| 20 CAR | Cardinal Health Corporate | Invoice | 011721 | C57745507NLC_2 | 12-15-23 | 03-15-24 | 230NET31 | 1,229.08 |