# Exhibit E

## INVOICES

| Customer | Customer Name | Doc. Type | Ref. Nbr. | Customer Ref. | Doc. Date | Due Date | Terms | Balance |
|---|---|---|---|---|---|---|---|---|
| 40 CAR | Cardinal Health Corporate | Invoice | 007550 | EXPAHU01683767 | 05-30-23 | 08-13-23 | 264NET65 | 97.61 |
| 40 CAR | Cardinal Health Corporate | Invoice | 007690 | C5458726NLC | 06-02-23 | 08-16-23 | 264NET65 | 331.57 |
| 40 CAR | Cardinal Health Corporate | Invoice | 008031 | C5836672PNX | 06-21-23 | 09-04-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 008042 | C5839013STC | 06-21-23 | 09-04-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009338 | C5073328SYR1 | 07-03-23 | 09-16-23 | 264NET65 | 5,205.60 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009170 | C5552012SEA | 07-31-23 | 10-14-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009171 | C5550680LAK | 07-31-23 | 10-14-23 | 264NET65 | 4,050.61 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009211 | C5550565JCK | 07-31-23 | 10-14-23 | 264NET65 | 4,671.10 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009212 | C5551572STF | 07-31-23 | 10-14-23 | 264NET65 | 1,034.15 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009213 | C5552127NJB | 07-31-23 | 10-14-23 | 264NET65 | 5,205.60 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009214 | C5550299WHG | 07-31-23 | 10-14-23 | 264NET65 | 620.49 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009215 | C5551457KAN | 07-31-23 | 10-14-23 | 264NET65 | 4,464.27 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009216 | C5519935SAL | 07-31-23 | 10-14-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009217 | C5553624SAC | 07-31-23 | 10-14-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009218 | C5551758VAL | 07-31-23 | 10-14-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009219 | C5553622SYR | 07-31-23 | 10-14-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009221 | C5551664DEN | 07-31-23 | 10-14-23 | 264NET65 | 620.49 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009222 | C5553623BOS | 07-31-23 | 10-14-23 | 264NET65 | 3,430.12 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009220 | C5551017STC | 08-01-23 | 10-15-23 | 264NET65 | 1,240.98 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009348 | C5563774NJB | 08-07-23 | 10-21-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009349 | C5562279LAK | 08-07-23 | 10-21-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009350 | C5562034KNX | 08-07-23 | 10-21-23 | 264NET65 | 7,776.00 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009351 | C5562060KNX | 08-07-23 | 10-21-23 | 264NET65 | 413.66 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009352 | C5562431AUR | 08-07-23 | 10-21-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009353 | C5562728PNX | 08-07-23 | 10-21-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009354 | C5562825HUD | 08-07-23 | 10-21-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009355 | C5563290DEN | 08-07-23 | 10-21-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009356 | C5633387VAL | 08-07-23 | 10-21-23 | 264NET65 | 3,016.46 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009357 | C5563479SAC | 08-07-23 | 10-21-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009358 | C5565475SYR | 08-07-23 | 10-21-23 | 264NET65 | 5,412.43 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009362 | C5562631STC | 08-08-23 | 10-22-23 | 264NET65 | 3,430.12 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009363 | C5561743BOS | 08-08-23 | 10-22-23 | 264NET65 | 3,016.46 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009364 | C5562033KNX | 08-08-23 | 10-22-23 | 264NET65 | 937.38 |

**293,723.84**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 40 CAR | Cardinal Health Corporate | Invoice | 009365 | C5562930GBO | 08-08-23 | 10-22-23 | 264NET65 | 6,032.92 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009366 | C5561891WHG | 08-08-23 | 10-22-23 | 264NET65 | 6,446.58 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009494 | C5575995NJB | 08-14-23 | 10-28-23 | 264NET65 | 1,447.81 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009495 | C5574242KNX | 08-14-23 | 10-28-23 | 264NET65 | 1,447.81 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009496 | C5574492LAK | 08-14-23 | 10-28-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009497 | C5575158GBO | 08-14-23 | 10-28-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009498 | C5574095WHG | 08-14-23 | 10-28-23 | 264NET65 | 3,843.78 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009499 | C5574853STC | 08-14-23 | 10-28-23 | 264NET65 | 3,430.12 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009500 | C5577691SYR | 08-14-23 | 10-28-23 | 264NET65 | 3,016.46 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009501 | C5574241KNX | 08-14-23 | 10-28-23 | 264NET65 | 468.69 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009502 | C5576123KRY | 08-14-23 | 10-28-23 | 264NET65 | 206.83 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009507 | C5574651AUR | 08-15-23 | 10-29-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009508 | C5573951BOS | 08-15-23 | 10-29-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009517 | C5574370JCK | 08-15-23 | 10-29-23 | 264NET65 | 413.66 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009638 | C5586007KNX | 08-21-23 | 11-04-23 | 264NET65 | 1,654.64 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009639 | C5586136JCK | 08-21-23 | 11-04-23 | 264NET65 | 4,671.10 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009652 | C5587182STF | 08-21-23 | 11-04-23 | 264NET65 | 620.49 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009653 | C5585727BOS | 08-21-23 | 11-04-23 | 264NET65 | 1,034.15 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009654 | C5586005KNX | 08-21-23 | 11-04-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009655 | C5587868KRY | 08-21-23 | 11-04-23 | 264NET65 | 937.38 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009656 | C5589482SYR | 08-21-23 | 11-04-23 | 264NET65 | 620.49 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009657 | C5587366VAL | 08-21-23 | 11-04-23 | 264NET65 | 827.32 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009658 | C5587064KAN | 08-21-23 | 11-04-23 | 264NET65 | 8,222.06 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009660 | C5586277LAK | 08-21-23 | 11-04-23 | 264NET65 | 3,223.29 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009661 | C5585868WHG | 08-21-23 | 11-04-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009662 | C5587741NJB | 08-21-23 | 11-04-23 | 264NET65 | 3,636.95 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009664 | C5586394AUR | 08-22-23 | 11-05-23 | 264NET65 | 537.41 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009751 | C5598177KNX | 08-28-23 | 11-11-23 | 264NET65 | 620.49 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009783 | C5598782STC | 08-28-23 | 11-11-23 | 264NET65 | 1,034.15 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009784 | C5598425LAK | 08-28-23 | 11-11-23 | 264NET65 | 620.49 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009785 | C5597888BOS | 08-28-23 | 11-11-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009786 | C5598033WHG | 08-28-23 | 11-11-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009787 | C5599901NJB | 08-28-23 | 11-11-23 | 264NET65 | 3,430.12 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009788 | C5598176KNX | 08-28-23 | 11-11-23 | 264NET65 | 8,842.55 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009804 | C5598574AUR | 08-28-23 | 11-11-23 | 264NET65 | 937.38 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009805 | C5598697ROA | 08-28-23 | 11-11-23 | 264NET65 | 2,602.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 CAR | Cardinal Health Corporate | Invoice | 009806 | C5598876PNX | 08-28-23 | 11-11-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009807 | C5599204KAN | 08-28-23 | 11-11-23 | 264NET65 | 1,447.81 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009808 | C5599067GBO | 08-28-23 | 11-11-23 | 264NET65 | 3,223.29 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009809 | C5599598SAC | 08-28-23 | 11-11-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009810 | C5601652SYR | 08-28-23 | 11-11-23 | 264NET65 | 1,034.15 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009870 | C5609726JCK | 09-01-23 | 11-15-23 | 264NET65 | 3,223.29 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009871 | C5610867STF | 09-01-23 | 11-15-23 | 264NET65 | 620.49 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009872 | C5610015AUR | 09-01-23 | 11-15-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009873 | C5609584KNX | 09-01-23 | 11-15-23 | 264NET65 | 2,068.30 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009874 | C5611375SEA | 09-01-23 | 11-15-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009875 | C5609857LAK | 09-01-23 | 11-15-23 | 264NET65 | 5,205.60 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009876 | C5609438WHG | 09-01-23 | 11-15-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009877 | C5612633SYR | 09-01-23 | 11-15-23 | 264NET65 | 7,480.73 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009878 | C5609583KNX | 09-01-23 | 11-15-23 | 264NET65 | 6,239.75 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009879 | C5610957DEN | 09-01-23 | 11-15-23 | 264NET65 | 468.69 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009881 | C5609289BOS | 09-01-23 | 11-15-23 | 264NET65 | 1,240.98 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009882 | C5611496NJB | 09-01-23 | 11-15-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009883 | C5611275SAL | 09-01-23 | 11-15-23 | 264NET65 | 5,205.60 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009885 | C5610242STC | 09-01-23 | 11-15-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009886 | C5610582GBO | 09-01-23 | 11-15-23 | 264NET65 | 3,016.46 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009887 | C5610742KAN | 09-01-23 | 11-15-23 | 264NET65 | 4,050.61 |
| 40 CAR | Cardinal Health Corporate | Invoice | 009880 | C5611060VAL | 09-05-23 | 11-19-23 | 264NET65 | 2,068.30 |
| 40 CAR | Cardinal Health Corporate | Invoice | 010039 | C5622807KAN | 09-11-23 | 11-25-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 010040 | C5621778KNX | 09-11-23 | 11-25-23 | 264NET65 | 3,223.29 |
| 40 CAR | Cardinal Health Corporate | Invoice | 010041 | C5622162AUR | 09-11-23 | 11-25-23 | 264NET65 | 3,016.46 |
| 40 CAR | Cardinal Health Corporate | Invoice | 010043 | C5622566GBO | 09-11-23 | 11-25-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 010046 | C5623494NJB | 09-11-23 | 11-25-23 | 264NET65 | 4,464.27 |
| 40 CAR | Cardinal Health Corporate | Invoice | 010047 | C5623212SAC | 09-11-23 | 11-25-23 | 264NET65 | 4,050.61 |
| 40 CAR | Cardinal Health Corporate | Invoice | 010049 | C5624659SYR | 09-11-23 | 11-25-23 | 264NET65 | 2,602.80 |
| 40 CAR | Cardinal Health Corporate | Invoice | 010050 | C5623626KRY | 09-11-23 | 11-25-23 | 264NET65 | 2,809.63 |
| 40 CAR | Cardinal Health Corporate | Invoice | 010051 | C5621626WHG | 09-11-23 | 11-25-23 | 264NET65 | 413.66 |
| 40 CAR | Cardinal Health Corporate | Invoice | 010055 | C5621486BOS | 09-11-23 | 11-25-23 | 264NET65 | 5,291.59 |
| 40 CAR | Cardinal Health Corporate | Invoice | 010419 | C5633823KNX | 09-19-23 | 12-03-23 | 264NET65 | 6,032.92 |
| 40 CAR | Cardinal Health Corporate | Invoice | 010536 | CVS2333002670027PB | 09-26-23 | 12-10-23 | 264NET65 | 468.69 |
| 40 CAR | Cardinal Health Corporate | Invoice | 010581 | C5645704KNX | 09-27-23 | 12-11-23 | 264NET65 | 8.29 |
| 40 CAR | Cardinal Health Corporate | Invoice | 010705 | CVS23370027181 2 | 10-04-23 | 12-18-23 | 264NET65 | 411.48 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 40 CAR | Cardinal Health Corporate | Invoice | 011130 | C5707190KRY | 10-30-23 | 01-13-24 | 264NET65 | 3,084.72 |
| 40 CAR | Cardinal Health Corporate | Invoice | 011433 | C5741867KNX | 11-20-23 | 02-03-24 | 264NET65 | 3,553.41 |
| 40 CAR | Cardinal Health Corporate | Invoice | 011436 | C5741988JCK | 11-20-23 | 02-03-24 | 264NET65 | 468.69 |
| 40 CAR | Cardinal Health Corporate | Invoice | 011550 | C5752108LAK | 11-27-23 | 02-10-24 | 264NET65 | 468.69 |
| 40 CAR | Cardinal Health Corporate | Invoice | 011610 | C5763273KNX | 12-04-23 | 02-17-24 | 264NET65 | 937.38 |
| 40 CAR | Cardinal Health Corporate | Invoice | 011611 | C5763401JCK | 12-04-23 | 02-17-24 | 264NET65 | 468.69 |
| 40 CAR | Cardinal Health Corporate | Invoice | 011739 | C5788653JCK | 12-18-23 | 03-02-24 | 264NET65 | 937.38 |
| 40 CAR | Cardinal Health Corporate | Invoice | 012385 | 2002052067 | 03-22-24 | 06-05-24 | 264NET65 | 55.84 |
| 40 CAR | Cardinal Health Corporate | Invoice | 012386 | 2002054820 | 03-22-24 | 06-05-24 | 264NET65 | 5.59 |